MHN

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: LiLi Xin Wang
(Please print)

STREET ADDRESS: 935 S. Oakley Blvd.

CITY/STATE/ZIP: Chicago IL 60612

PHONE NUMBER: 312 455 0529

CASE NUMBER: 07CV6770
JUDGE GRADY
MAGISTRATE JUDGE BROWN

Signature: LiLi Xin Wang    Date: Dec. 3 2007

FILED
DEC 03 2007   NH
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)