AO 440 (Rev. 05/00) Summons in a Civil Action                                                            MHN

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LiLi Xin Wang

v.

Michael Chertoff (Secretary of the Dept of Homeland Security)
Emilio T. Gonzalez (Director, USCIS)
Ruth A. Dorochoff (District Director, USCIS)
Robert S. Mueller III, (Director, FBI)

CASE N: **07CV6770**
ASSIGN **JUDGE GRADY**
DESIGNATED **MAGISTRATE JUDGE BROWN**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Robert S. Mueller, III, Director, United States Department of Justice Federal Bureau of Investigations, J. Edgar Hoover Building 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LiLi Xin Wang
935 S. Oakley Blvd
Chicago, IL 60612
U.S.A.

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 3 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/04/2007 |
| NAME OF SERVER (PRINT) LiLi Xin Wang | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
**DEC 1 2 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

☒ Other (specify): Serve by USPS certified mail with return service (track # 7007 0710 0000 2359 7282)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $9.40 | TOTAL $9.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/04/2007    LiLi Xin Wang
             Date              Signature of Server

935 S. Oakley Blvd
Address of Server
Chicago, IL 60612, U.S.A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 33)