*MHK*

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LiLi Xin Wang

V.

Michael Chertoff (Secretary of the Dept of homeland Security,
Emilio T. Gonzalez (Director, USCIS)
Ruth A. Dorochoff (District Director, USCIS)
Robert S. Mueller III (Director, FBI)

CASE: 07CV6770

ASSIGNED JUDGE GRADY

MAGISTRATE JUDGE BROWN

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael B. Mukasey, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW    Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LiLi Xin Wang
935 S. Oakley Blvd
Chicago, IL 60612
U.S.A.

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DEC 0 3 2007

_____
DATE

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/04/2007 |
|---|---|
| NAME OF SERVER *(PRINT)* Lili Xin Wang | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
12-12-2007
DEC 12 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Other (specify): Serve by USPS certified mail with return service (track # 7007 0710 0002 2359 7305)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $9.40 | TOTAL $9.40 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12/04/2007__  ___Lili Xin Wang___
         Date            *Signature of Server*

935 S. Oakley Blvd
*Address of Server*

Chicago, IL 60612
U.S.A.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.