AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LiLi Xin Wang

V.

Michael Chertoff (Secretary of the Dept of Homeland Security)
Emilio T. Gonzalez (Director, USCIS)
Ruth A. Dorochoff (District Director, USCIS)
Robert S. Mueller III, (Director, FBI)

CASE NUMBER: 07CV6770
JUDGE GRADY
ASSIGNED: MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Chertoff, Secretary, Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LiLi Xin Wang
935 S. Oakley Blvd
Chicago, IL 60612
U.S.A

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DEC 03 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/04/2007 |
| NAME OF SERVER (PRINT) LiLi Xin Wang | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Serve by USPS certified mail with return service (Track # 7007 0710 0000 2359 7312)

**FILED DEC 12 2007 12-12-2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $9.40 | TOTAL $9.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/04/2007    LiLi Xin Wang
                Date              Signature of Server

935 S. Oakley Blvd
Address of Server

Chicago, IL 60612, U.SA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.